## Commonwealth ex rel. Harris, Appellant, *v.* Banmiller.

Submitted November 14, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Curtis Harris,* appellant, in propria persona.

*Juanita Kidd Stout,* Assistant District Attorney, and *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney for appellee.

OPINION PER CURIAM, January 6, 1958:

The order denying the relator's petition for a writ of habeas corpus is affirmed on the opinion of Judge HAGAN reported at 10 Pa. D. & C. 2d 525.

Order affirmed.